UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

FILED - USDC -NH
2024 JUN 3 PM 3:23

Naseef Bryan Jr.

Plaintiff(s)

v.

Maria R. Hamilton. Et al

Defendant(s)

COMPLAINT

**Parties to this Complaint**
(boxes will expand as you type)

Plaintiff(s)'s Name, Address and Phone Number

Naseef Bryan Jr.
1000, ELM street
Manchester, NH
03105  P.O. 515
603-3337756

Defendant(s)'s Name, Address and Phone Number

John Joseph Moakley — Maria R. Hamilton. Et al (Clerk of Court)
U.S. courthouse
1 courthouse way, Suite 2500
Boston, ma, 02210

**Jurisdiction and Venue:**
(Explain why your case is being filed in federal court and why the court is
legally permitted to hear your case. Box will expand as you type.)

Law
18 U.S. Code § 242 — Deprivation of rights under color of Law
18 U.S. Code § 246 — Deprivation of relief benefits.

USDCNH-102 (Rev. 5/7/13)                    Page 1 of 2

## Statement of Claim

(As briefly as possible, state each claim you have against defendant(s) and state the legal cause of action, facts, and circumstances that gave rise to your claim(s). Box will expand as you type.)

see attached

## Relief Requested from the Court

(Briefly state exactly what you want the Court to do for you. Box will expand as you type.)

18 U.S. Code section 242 - Deprivation of Rights under color of Law
18 U.S. code section 246 - Deprivation of relief benefits
18 U.S. Code section 241 - Conspiracy against Rights.
Injunction
Amendment XI

## Jury Demand

☐ Check this box if you are requesting a jury trial (if you want a jury of your peers to decide your case).

☐ Check this box if you are NOT requesting a jury trial (if you want the assigned judge to decide your case).

Date: 6/3/2024

Signature: M. Bryan

USDCNH-102 (Rev. 5/7/13)                       Page 2 of 2

# Declaration

Within this declaration facts that shall be determined according to law, where rights secured by the United States impaired or infringed all remedy to amend shall deem rectified.

The United States Constitution of 1787 gave congress powers to advance the beneficent ends of its institution. In other words, to promote the good of the United States, one distinct methodic is the Uniform Rule of Naturalization.[1] Upon observation the word "Rule" have not been applied according to the provision, where word "Rule" is the object in question and such word is not provided in any legislation according to Naturalization[2], such statute providing the benefit of Naturalization and depravation on the same ground should be considered unconstitutional[3] the fact it would deprive a citizen[4] rights secured in the Bill of Rights[5]. The reason being, I have been provided necessary access to obtain citizenship on the grounds I am lawful permanent resident[6].

Where the word "Rule" is distinct within Federal Rules[7] but a separate department[8] of government not situated under Congress, the acts of government misleading the conscience is a clear infringement of constitutional right[9]. The constitution gave Congress power to establish inferior courts but not administer Justice[10].

---

[1] Article I, §8. (U.S. Const.)
[2] Electronic Code of Federal Regulations (e-CFR): Title 8—Aliens and Nationality
[3] Amendment IV. (U.S. Const); 11 Am. Jur. Constitutional law, §81. P. 703.
[4] The native of a city, or an inhabitant who enjoys the freedom and privileges of the city in which he resides; the freeman of a city, as distinguished from a foreigner, or one not entitled to its franchises;(AMERICAN DICTIONARY of the ENGLISH LANGUAGE).
[5] Amendment IV, XIV, XI. (U.S. Const).
[6] https://www.uscis.gov/adoption/after-your-child-enters-the-united-states
[7] https://www.law.cornell.edu/rules
[8] The principle is well established that the courts will not assume a jurisdiction in any case which will amount to an interference by the judicial department with the legislature since each department is equally independent within the powers conferred upon it by the Constitution. 11 Am. Jur. Constitutional law, §200. P. 902.
[9] Amendment I, (U.S. Const).
[10] As a Rule no effort is made in a Constitution accurately to define the scope or nature of judicial powers. These matters are left to be determined in the light of the common law and the history of our institutions as they existed prior to, and at the adoption of, the Constitution.

Where the word "Rule" is applicable within the Judicial Functions[11] and the place that sustain Justice all capricious, arbitrary, and injurious application towards my person and papers shall amend according to law[12], public officers[13] that clearly neglect the law shall be fined[14], cause unfulfilled Oath.[15] After uttering urgency to the Court its officers and Council (Maria R. Hamilton, Honorable David J. Barron) the deliberate intend delay[16] of justice according to law that sustained injuries accumulated through the judicial process, the act conveyed by such officers is evil, mischievous, and unjust[17].

---

[11] 14 Am. Jur. Courts, §59-60. P. 283. The phrase "stare decisis et non quieta movere"—to stand by precedents and not disturb settled points—expresses the fundamental of the courts and the principle upon which rests the authority of judicial decisions as precedents in subsequent litigations. The rule "stare decisis" has for its object the wholesome effect of uniformity, certainty, and stability in Law.

[12] 14 Am. Jur. Covenants, Conditions and Restrictions, §60. " it is frequently said that the agreement against hinderance is breached, if at all, as soon as made, although in name only damages only are recoverable until the person has been disturbed in his possession or has been called to pay off the hinderance.

[13] 43 Am. Jur. Public Officers, §188. P,35; Ex parte Hennen, 38 U.S. 230; 30 A Am. Jur. Judges, §2.

[14] 18 U.S. Code § 242 - Deprivation of rights under color of law.

[15] "I, A. B., do solemnly swear or affirm, that I will administer justice without respect to persons, and do equal right to the poor and to the rich, and that I will faithfully and impartially discharge and perform all the duties incumbent on me as , according to the best of my abilities and understanding, agreeably to the constitution, and laws of the United States. So help me God." (Federal Judiciary Act (1789).

[16] In 1883 the railroads of the United States and Canada adopted four kinds of standard time, namely, Eastern, Central, Mountain, and Pacific, each being applicable to a region covering approximately 15° of longitude, standard time in each case being the actual sun time at the central degree of longitude of the region to which the particular standard time applied; Salt Lake City v. Robinson, 39 Utah 260.

[17] Since, criminal intention is of the essence of crime, if the intent is dependent on a knowledge of particular facts, a want of such knowledge, not the result of carelessness or negligence, relieves the act of criminality; State v. O'Neil, 147 Iowa 513.

Where notice given to the court and its officers from government with information regarding my status and position with immigration, upon examination the Court and its officers competence to interpret the law where applicable in this condition the unreasonable use of discretion shall be considered erroneous[18]. Where the rule of interpreting constitutional provisions mandatory and not to leave any discretion to the will of a legislature to obey or to disregard them not followed is violating the law of the land[19]. The constitution is not to be construed in a technical manner, but in ascertaining its meaning. The courts are to consider the circumstances attending its adoption and what appears to have been the understanding of the people when they adopted it[20]. It is a general principle that the intention to which force is to be given is that which is embodied and expressed in the constitutional provisions themselves; for words are the common signs that mankind make use of to declare their intention to one another.[21] The fundamental rule in dealing with Constitutions is that they should receive a consistent and uniform interpretation, so that they shall not be taken to mean one thing at one time and another thing at another time, even though the circumstances may have so changed as to make a different rule seem desirable.[22] In accordance with the general rule that harmony in constitutional construction should prevail whenever possible, generally an amended

---

[18] The Court found that jurisdiction to naturalize aliens as United States' citizens was conferred by the Act of June 29, 1906, c. 3592, § 3, 34 Stat. 596; upon the district courts. Jurisdiction to review the district court's final decision was conferred on the circuit courts of appeals. The Court held that it needed to determine whether the petitions for naturalization were considered cases within the meaning of the Courts of Appeals Act. The Court held that they were and concluded that the appellate court was entitled to review the district court's decree that denied the petitions for naturalization. (Tutun v. United States, 270 U.S. 568).

[19] Hargraves v. Solomon, 178 Ark. 11.

[20] Bonsal v. Yellott, 100 Md. 481.

[21] The court has neither right nor authority to assume to interpret or construe a constitutional provision where there is no doubt, ambiguity, or uncertainty as to the meaning of the language employed by the Constitution makers; State v. Rose, 89 Ohio St. 383.

[22] A constitutional provision operates on new subjects and conditions with the same meaning and intent which it had when adopted and does not change with time or conditions; Travelers' Ins. Co. v. Marshall, 124 Tex. 45.

Constitution must be read as a whole, as if every part of it had been adopted at the same time and as one law.[23]

The familiar rule, as to the interpretation of changes in statutory law, that an inquiry should be directed to the old law, evil, and the remedy has frequently been applied in the interpretation of constitutional provisions. Constitutions are to be construed in the light of their purpose and should be given a practical interpretation so that the plainly manifested purpose of those who created them may be carried out.[24] The constitutions of the several states uniformly impose restraints on state action as to search and seizures identical with or similar to the restrictions imposed in the Federal Constitution on Federal action. The principle is fundamental that constitutional provisions should receive a liberal interpretation in favor of the citizen, especially in regard to matters designed to safeguard his liberty and security as to both person and property.[25] The primary duty to support needy or indigent persons rests, as has been seen, upon certain relatives who are close of kin, but where there are no such relatives, or where they fail, through refusal, neglect, or inability , to perform such duty, the duty to support them falls upon the public, the prevention of any person from suffering for the necessities of life being a legitimate exercise of governmental power.[26] Payment is not a word of technical legal meaning. It has been defined as the discharge of an obligation by the delivery and acceptance of money, or of something equivalent to money, which is regarded as such at the time by the person to whom the payment is due.[27]

---

[23] U.S. Const—New Hampshire Constitution 1783; Morgan v. Dudley, 57 Ky. 693.

[24] Minor v. Happersett, 88 U.S. 162.

[25] 11 Am. Jur. Constitutional Law, §§59, 329.

[26] Hamden v. New Haven, 91 Conn. 589; Gideon v. Wainwright, 372 U.S. 335.

[27] 40 Am. Jur. Payment, §2; I-797|Notice of Action; Biometric Notification.

## [28]ANCIENT WRITINGS

"The brief exposition of the Constitution of the United States will unfold to young persons the principles of republican government; and it is the sincere desire of the writer that our citizens should early understand that The genuine source of correct republican principles is the [29]Bible, particularly the New Testament of the Christian religion" (**Noah Webster**).

"Observe good faith and justice towards all Nations. Cultivate peace and harmony with all. Religion and Morality enjoin this conduct; and can it be that good policy does not equally enjoin it? Can it be that Providence has not connected the permanent felicity (Happiness) of a Nation with its virtue?" (**George Washington**).

---

[28] ANCIENT WRITINGS—Evidence. Deeds, wills, and other writings more than thirty years old, are considered ancient writings (Bouvier's Law, 1856 Edition).
[29] The Canon of the Old and New Testaments Ascertained, or The Bible Complete without the Apocrypha and Unwritten Traditions. (By Archibald Alexander)

# Relief Sought

Injunction

18 U.S. Code § 242 - Deprivation of rights under color of law.

18 U.S. Code § 246 - Deprivation of relief benefits.

18 U.S. Code § 241 - Conspiracy against rights.

Amendment XI.

3 all N.B

Date: 6/4/2024

n.Bryon
Signature

on this day June 3, 2024

Sharon L. Bowden

SHARON L. BOWDEN
NOTARY PUBLIC - State of New Hampshire
My Commission Expires
December 22, 2026