UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Naseef Bryan, Jr.

v.

Case No. 24-cv-162-JL

U.S. Court of Appeals,
First Circuit, Clerk

ORDER

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated June 10, 2024.

_____
Joseph N. Laplante
United States District Judge

Date: June 14, 2024

cc:  Naseef Bryan, Jr., pro se